JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KALEEM RAY MOORE,<br><br>    Petitioner,<br><br>v.<br><br>R.C. JOHNSON,<br><br>    Respondent. | CASE NO. 5:19-cv-01520-DMG (SK)<br><br>**JUDGMENT** |

Pursuant to the Order Dismissing Petition, **IT IS ADJUDGED** that the petition for writ of habeas corpus and this action are dismissed with prejudice.

DATED: September 30, 2022

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE